IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NORMAN STAPLETON,

                Plaintiff,

  v.

RANDALL R. HEPP and EDWARD F. WALL,

                Defendants.

ORDER

16-cv-406-jdp

---

Plaintiff Norman Stapleton brings this case about unsafe levels of lead and copper in the water supply of the Fox Lake Correctional Institution. Attorneys Fred Gants, Marisa L. Berlinger, Patrick J. Proctor-Brown, and the law firm Quarles & Brady LLP agreed to take on a limited representation of Stapleton, which has run its course, now that the parties have agreed on court-appointed experts. *See* Dkt. 55. The Quarles attorneys have filed a motion to withdraw from the case, which I will grant. I thank them for their work on this case and associated case 15-cv-134-jdp.

Stapleton followed his attorneys' motion to withdraw with a motion for the court's assistance in recruiting new counsel. Dkt. 57. But through further correspondence, his attorneys have indicated that Stapleton now agrees to be represented by Attorney Timothy D. Edwards. Edwards has now made an appearance in the case. I will deny Stapleton's motion for the court's assistance as moot.

In the court's last order, Magistrate Judge Crocker reminded the parties to submit estimates of the projected costs of the expert appointments. Dkt. 54. I still do not see an estimate for medical/toxicology expert Alfred Franzblau. The parties may have a short time to provide an estimate.

ORDER

IT IS ORDERED that:

1. Plaintiff Norman Stapleton's attorneys' motion to withdraw as counsel, Dkt. 56, is GRANTED.

2. Plaintiff's motion for the court's assistance in recruiting counsel, Dkt. 57, is DENIED as moot.

3. The parties may have until November 15, 2017, to provide an estimate of the projected costs for the appointment of proposed expert Franzblau.

Entered November 1, 2017.

BY THE COURT:

/s/

JAMES D. PETERSON
District Judge