IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NORMAN STAPLETON, PAUL ADAMS,
CRAIG BATES, DUANE BULL,
CAMERON CANADY, SCOTT COAKLEY,
DAVID FOLEY, TIMOTHY GIBSON,
KENNETH GRAY, JAMES HAMILTON,
STEPHEN KOZLOWSKI, THOMAS KURUC,
WILLIE McGEE, ALLEN OWENS,
MICHAEL PASKEL, JAMES SMITH,
SEAN TATE, and MICHAEL VAN CASTER,

                Plaintiffs,

  v.

KEVIN CARR, RANDALL R. HEPP,
EDWARD WALL, JON LITSCHER, GARY HAMBLIN,
CATHY JESS, MARC W. CLEMENTS, JOY TASSLER,
MICHAEL McCORMICK, PAT CHAMBERLAIN,
and JOHN MAGGIONCALDA,

                Defendants.

ORDER

16-cv-406-jdp

---

      Counsel for plaintiffs have submitted a list of the plaintiffs who will continue with the lawsuit by bringing medical care claims. Dkt. 172. I explained in my April 30, 2020 order, Dkt. 170, that the plaintiffs who are not pursuing medical care claims will be dismissed.

      Accordingly, IT IS ORDERED that the following plaintiffs are DISMISSED from this case: Paul Adams, Scott Coakley, David Foley, Kenneth Gray, James Hamilton, Stephen Kozlowski, Willie McGee, Michael Paskel, James Smith, and Michael Van Caster.

      Also, IT IS ORDERED that the individual Fox Lake Correctional Institution water cases brought by plaintiffs Kozlowski (19-cv-302) and Smith (18-cv-669) are DISMISSED.

The clerk of court is directed to docket this order in Kozlowski's and Smith's cases, enter judgment in favor of defendants, and close those cases.

Entered May 18, 2020.

                                 BY THE COURT:

                                 /s/

                                 _____
                                 JAMES D. PETERSON
                                 District Judge