IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NORMAN STAPLETON,

    Plaintiff,

v.

KENNETH GRAY, STEPHEN KOZLOWSKI, JAMES SMITH, MICHAEL VAN CASTER, PAUL ADAMS, SCOTT COAKLEY, DAVID FOLEY, JAMES HAMILTON, WILLIE MCGEE, MICHAEL PASKEL, CRAIG BATES, CAMERON CANADY, TIMOTHY GIBSON, THOMAS KURIC, ALLEN OWENS, SEAN TATE, DUANE BULL, RANDALL HEPP, JOHN MAGGIONCALDA, STEVE BETHKE, GEORGE COOPER, EDWARD WALL, KEVIN CARR, JON LITSCHER, GARY HAMBLIN, CATHY JESS, MARC CLEMENTS, JOY TASSLER, MICHAEL MCCORMICK, and PAT CHAMBERLIN,

    Defendants.

Case No. 16-cv-406-jdp

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 8/10/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |